### No. 13,361.

### N. A. McCORD, TUTRIX, vs. THE VICKSBURG, SHREVEPORT & PACIFIC RAIL ROAD COMPANY.

IN RE The Vicksburg, Shreveport & Pacific Rail Road Company, Applying for *Certiorari*, or Writ of Review, to the Court of Appeals, First Circuit, State of Louisiana.

---

*Stubbs & Russell* for Vicksburg, Shreveport and Pacific Rail Road Company, Petitioner.

---

The opinion of the court was delivered by

BLANCHARD, J. It is not considered that this case presents those exceptional features, whether of law or fact, which alone, under the rule announced in repeated decisions, justify the granting of the writ of review, and the same is, accordingly, denied.